■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY LANE, SR., Appellant. [617 NYS2d 692] —Judgment unanimously affirmed. Memorandum: There is no merit to the contention that defense counsel's failure to move for a mistrial constituted ineffective assistance of counsel. The record establishes that defense counsel provided meaningful representation *(see, People v Baldi,* 54 NY2d 137, 146-147; *People v Nakovics,* 144 AD2d 704, *lv denied* 73 NY2d 894). There is likewise no merit to defendant's contention that the verdict is against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Finally, defendant's sentence is not harsh or excessive. (Appeal from Judgment of Genesee County Court, Morton, J.—Rape, 3rd Degree.) Present—Denman, P. J., Green, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEANA ALBERT, Appellant. [617 NYS2d 692] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Assault, 3rd Degree.) Present—Denman, P. J., Green, Fallon, Callahan and Boehm, JJ.